UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong  
Clerk of Court

General Court Number  
415-522-2000

September 23, 2015

RE: 15-cv-03405-EMC  Reyna v. Homejoy, Inc.

Default is **entered** as to defendant Homejoy, Inc (dba Homejoy) on September 23, 2015.

Susan Y. Soong, Clerk

*Sheila Rash*
by: Sheila Rash
Case Systems Administrator
415-522-2099